**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**

JUL 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-CR-190 JAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| JOSE RENATO RENDON, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Special Assistant U.S. Attorney Jill M. Thomas to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 7/17/2014

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge