HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
JOSE RENDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-CR-00190 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| JOSE RENDON, | ) ) ) | Date: February 17, 2015 Time: 9:30 a.m. Judge: Hon. John A. Mendez |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Jill Thomas, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Jose Rendon, that the status conference scheduled for February 17, 2015 be vacated and be continued to March 10, 2015 at 9:15 a.m.

The grounds for this continuance are that defense counsel needs additional time to conduct case investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 10, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-  *Stipulation and [Proposed] Order to Continue Status Conference*

| | | |
|---|---|---|
| 1 | DATED: February 12, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |

DATED: February 12, 2015

*/s/ Douglas Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Jose Rendon

DATED: February 12, 2015          BENJAMIN B. WAGNER
United States Attorney

*/s/ Douglas Beevers for*
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 10, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 17, 2015 status conference shall be continued until March 10, 2015, at 9:15 a.m.

Dated:  February 12, 2015                    /s/ John A. Mendez_____

Honorable John A. Mendez
United States District Court Judge