1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  JOSE RENDON

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )  Case No.  2:14-CR-00190 JAM
                                     )
11  Plaintiff,                       )  STIPULATION AND ORDER TO
                                     )  CONTINUE STATUS CONFERENCE, AND TO
12  vs.                              )  EXCLUDE TIME
                                     )
13  JOSE RENDON,                     )  Date: March 10, 2015
                                     )  Time: 9:15 a.m.
14  Defendant.                       )  Judge: Hon. John A. Mendez
                                     )
15  _____      )

16        IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

17  through, Assistant United States Attorney Jill Thomas, attorney for Plaintiff, Heather Williams,

18  Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Jose

19  Rendon, that the status conference scheduled for March 10, 2015 be vacated and be continued to

20  April 14, 2015 at 9:15 a.m.

21        The grounds for this continuance are that defense counsel needs additional time to

22  conduct case investigation and confer with Mr. Rendon.

23        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24  excluded of this order's date through and including April 14, 2015;  pursuant to 18 U.S.C. §3161

25  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

26  upon continuity of counsel and defense preparation.

27

28

                                    -1-          *Stipulation and [Proposed] Order to Continue Status*
                                                 *Conference*

1    DATED: March 6, 2015                    Respectfully submitted,
                                             HEATHER E. WILLIAMS
2                                            Federal Defender

3
                                             */s/ Douglas Beevers*
4                                            DOUGLAS J. BEEVERS
                                             Assistant Federal Defender
5                                            Attorney for Jose Rendon

6    DATED: March 6, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney
7

8                                            */s/ Douglas Beevers for*
                                             JILL THOMAS
9                                            Assistant U.S. Attorney
                                             Attorney for Plaintiff
10

11
                                     ORDER
12
             IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
13
     stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as
14
     its order. The Court specifically finds the failure to grant a continuance in this case would deny
15
     counsel reasonable time necessary for effective preparation, taking into account the exercise of
16
     due diligence.  The Court finds the ends of justice are served by granting the requested
17
     continuance and outweigh the best interests of the public and defendant in a speedy trial.
18
             The Court orders the time from the date the parties stipulated, up to and including March
19
     10, 2015, shall be excluded from computation of time within which the trial of this case must be
20
     commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)
21
     [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further
22
     ordered** the March 10, 2015 status conference shall be continued until April 14, 2015, at 9:15
23
     a.m.
24
     Dated:  March 6, 2015                              /s/ John A. Mendez_____
25
                                                        Honorable John A. Mendez
26                                                      United States District Court Judge

27

28

                                             -2-                *Stipulation and [Proposed] Order to Continue Status
                                                                Conference*