BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
AMANDA BECK
Assistant U.S. Attorneys
LAURA HUGGINS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
MAY 21 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE RENDON,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-CR-190 JAM<br><br>**STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE AND SETTING A STATUS CONFERENCE DATE OF JUNE 2, 2015 AT 9:15 A.M.** |

Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys of record, AMANDA BECK, LAURA HUGGINS, and JILL THOMAS, and the DEFENDANT, Jose Rendon, through his attorney of record, DOUGLAS BEEVERS, hereby stipulate as follows:

1. This matter is currently set for a jury trial on July 20, 2015.

2. The defendant filed his motion to extend the deadline for his motion to suppress on April 24, 2015. C.R. 19. The government filed its response to the motion to extend the deadline on May 4, 2015. C.R. 22. The government did not oppose the extension and proposed due dates for the government's opposition to the motion to suppress and the defendant's reply, if any. C.R. 22. The Court, on May 4, 2015, granted the defendant's motion to extend the deadline and adopted the government's proposed briefing schedule. C.R. 23. That schedule requires the government to file its opposition on May 26, 2015 and the defense to reply by June 2, 2015.

1

Stipulation and [Proposed] Order for Modification of
Briefing Schedule and Setting a Status Conference

3.  By this stipulation, the parties move to modify the briefing schedule as follows: The government will file its opposition to the motion to suppress by close of business on May 29, 2015 and the defendant will file his reply, if any, by June 5, 2015.

4.  Further, the parties jointly request that the Court schedule a status conference on June 2, 2015 at 9:15 a.m. At that conference, the parties anticipate setting a new trial date, a new trial confirmation date, and potentially a date for oral argument on the Motion to Suppress.

5.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the period from April 24, 2015 to June 5, 2015, is excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), [Local Code E], due to the pending pretrial motion to suppress. Time is also currently excluded through July 20, 2015 as the parties prepare for trial under Local Code T-4.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and [Proposed] Order for Modification of
Briefing Schedule and Setting a Status Conference

2

IT IS SO STIPULATED.

Dated: May 19, 2015                         BENJAMIN B. WAGNER
                                            United States Attorney

                                  By:       /s/ Jill M. Thomas
                                            JILL THOMAS
                                            Assistant U.S. Attorney

                                            For the United States

Dated: May 19, 2015               By:       /s/ Douglas Beevers
                                            DOUGLAS BEEVERS
                                            For the Defendant

## ORDER

IT IS SO FOUND AND ORDERED this 21st day of MAY, 2015.

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for Modification of
Briefing Schedule and Setting a Status Conference

3